## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 13-4249 (MAH) |
| v. | : | **CRIMINAL COMPLAINT** |
| AARON VEGA-CASTELLO | : | |

I, Robert Afanasewicz, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Drug Enforcement Administration, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

Continued on the attached page and made a part hereof:

Special Agent Robert Afanasewicz
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,
December 12, 2013 in Essex County, New Jersey

HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

## ATTACHMENT A

On or about December 11, 2013, in Union County, in the District of New Jersey and elsewhere, defendant

## AARON VEGA-CASTELLO

did knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of it isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## ATTACHMENT B

      I, Robert Afanasewicz, am a Special Agent with the Drug Enforcement Administration ("DEA"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On December 11, 2013, law enforcement officers observed a 2005 Jeep Cherokee on the New Jersey Turnpike in Union County, New Jersey. Law enforcement conducted a motor vehicle stop of the Jeep Cherokee and the driver and only occupant was identified as defendant AARON VEGA-CASTELLO ("VEGA-CASTELLO").

2. Law enforcement officers obtained VEGA-CASTELLO's consent to search the Jeep Cherokee. The search revealed a quantity of what appeared to be loose methamphetamine located inside a Tupperware container which was further concealed inside a bag on the backseat of the Jeep Cherokee. Law enforcement field-tested the substance which tested positive for methamphetamine. The contents weighed approximately 1.5 kilograms.