RECEIVED
JAN 29 2015
AT 8:30_____M
WILLIAM T. WALSH, CLERK

[2013R01310/SFM]

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 15- 55 (MCA) |
| | : | |
| v. | : | 21 U.S.C. § 841(a)(1) |
| | : | 21 U.S.C. § 841(b)(1)(A) |
| AARON VEGA-CASTELO | : | 18 U.S.C. § 2 |
| | : | |
| | : | |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about December 11, 2013, in Union County, in the District of New Jersey and elsewhere, defendant

AARON VEGA-CASTELO

did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 15-55 (MCA)

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

AARON VEGA-CASTELO

**INDICTMENT FOR**
21 U.S.C. § 841(a)(1),
21 U.S.C. § 841(b)(1)(A),
and 18 U.S.C. § 2

A True Bill,

_____
Foreperson

**PAUL J. FISHMAN**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

SARA F. MERIN
*ASSISTANT U.S. ATTORNEY*
(973) 645-2738

USA-48AD 8
(Ed. 1/97)